**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 05-7267M |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Martin Arvayo-Cordova, | ) ) ) | |
| Defendant. | ) ) | |

    This Court has received and considered Defendant's Motion To Extend Time To Indict (Renewed) (docketed as a "First Motion for Extension of Time to Indict", Dkt. #8). The Renewed Motion will again be denied without prejudice for failing to comply with the requirements of 18 U.S.C. §3161(h)(8)(A) and (B) to obtain an extension of time to indict. See, United States v. Ramirez-Cortez, 213 F.3d 1149 (9th Cir. 2000).

    **IT IS ORDERED denying** without prejudice Defendant's Motion to Extend time to Indict (Dkt. #8).

    DATED this 25th day of October, 2005.

                                              _/s/ Lawrence O. Anderson_
                                              Lawrence O. Anderson
                                              United States Magistrate Judge